# STATE OF MICHIGAN

# COURT OF APPEALS

DTE ELECTRIC COMPANY, formerly known as
THE DETROIT EDISON COMPANY,

     Plaintiff-Appellant,

v

THEUT PRODUCTS, INC., and JOHN DOE
INSURANCE COMPANY,

     Defendants-Appellees.

UNPUBLISHED
September 29, 2015

No. 322701
St. Clair Circuit Court
LC No. 13-001035-NF

Before: GADOLA, P.J., and JANSEN and BECKERING, JJ.

BECKERING, J. (*concurring*).

     I concur in result only.

                                                             /s/ Jane M. Beckering